

Fish & Richardson P.C.
7 Times Square
20th Floor
New York, NY 10036

212 765 5070 main
212 258 2291 fax

BY ECF

July 24, 2020

**Michael T. Zoppo**
Principal
Zoppo@fr.com
212 641 2268  direct

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

   Re: *Rondevoo Technologies, LLC v. Carl Zeiss Microscopy, LLC*
     Civ. No. 7:20cv3347

Dear Judge Halpern:

I am an attorney at Fish & Richardson P.C., which represents Carl Zeiss Microscopy, LLC ("ZEISS") in the above-titled litigation. In accordance with Local Rule 5.2(b) and in accordance with Rule 1(B) of Your Honor's Individual Rules, we respectfully request a second extension of time for Carl Zeiss Microscopy, LLC to respond to Rondevoo Technologies, LLC's ("Plaintiff") Complaint (Dkt. No.1). Plaintiff does not oppose ZEISS's request.

ZEISS's response to Plaintiff's complaint is currently due July 31, 2020.  To allow ZEISS to fully investigate the issues raised by the Complaint, the parties have agreed to a second thirty (30) day extension—to August 31, 2020—for ZEISS to respond to Plaintiff's Complaint.  This request does not affect any other scheduled deadline or court appearance.

Previously, the Court entered an order (Dkt. 12) extending the answer date by 30 Days, until July 31, 2020.

Respectfully submitted,

Michael T. Zoppo

cc: All Counsel of Record (via ECF)



## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such a filing to all counsel of record.

This 24th day of July, 2020.

/s/*Michael T. Zoppo*
Michael T. Zoppo